UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KIMBERLY ORTEGA, | ) | Case No.: C 07-898 RMW |
| Plaintiff, | ) ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| M.R.S. ASSOCIATES, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On May 18, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is October 13, 2007.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case.

IT IS FURTHER ORDERED that the parties are referred to the Court Sponsored Mediation Program.

1   IT IS FURTHER ORDERED that the following schedule shall apply to this case:

2   Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 18, 2008

3   Plaintiff's Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . February 1, 2008

4   Defendant's Designation of Rebuttal Experts with Reports . . . . . . . . . February 18, 2008

5   Supplementation under Rule 26(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 3, 2008

6   Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 1, 2008

7   Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . 9:00 a.m. on April 4, 2008

8   Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 pm on May 22, 2008

9   Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1:30 p.m. on June 9, 2008

10  IT IS HEREBY ORDERED that the parties shall comply with Judge Whyte's Standing Order Re: Pre-Trial Preparation (rev. 2/26/03),[1] with regard to the timing and content all pretrial submissions.

Dated: May  21,    2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Whyte's standing order is available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Whyte's name, then on the "Judge Whyte's Standing Orders" link, and finally on the bullet for " Judge Whyte's Standing Order re Pretrial Preparation (02/26/2003)."