**United States District Court**
**For the Northern District of California**

E-FILED on __6/8/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>M.R.S. ASSOCIATES, INC.,<br><br>    Defendant. | No. C-07-00898 RMW<br><br>ORDER GRANTING LEAVE TO AMEND<br><br>**[Re Docket No. 13]** |

    Plaintiff filed a motion to amend on May 10, 2007, setting a hearing on the motion for June 15, 2007. On May 25, 2007, defendant filed a notice that it does not oppose the motion. Accordingly, the court grants plaintiff leave to file an amended complaint. The hearing scheduled for June 15, 2007 is hereby vacated.

DATED: __6/7/07__

                                                      */s/ Ronald M. Whyte*
                                                      RONALD M. WHYTE
                                                      United States District Judge

ORDER GRANTING LEAVE TO AMEND—No. C-07-00898 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Balam Letona                letonalaw@gmail.com

**Counsel for Defendants:**

Felicia Yu                  fyu@reedsmith.com
Jordan Seungjin Yu       jsyu@reedsmith.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     6/8/07                             /s/ MAG
                                                               **Chambers of Judge Whyte**