UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY ORTEGA,                      No. C 07-00898  RMW

          Plaintiff(s).

                                                **ORDER**

    v.

M.R.S. ASSOCIATES, INC.,

          Defendant.

_____/

Having considered the written submissions from both parties, the Court DENIES Defendant's request to be relieved from compliance with the ADR Local Rules and ORDERS Defendant to choose another knowledgeable representative to attend the mediation on August 24, 2007.

IT IS SO ORDERED.

Dated:  August 16, 2007                          _____
                                                                  WAYNE D. BRAZIL
                                                                  United States Magistrate Judge

Copies to:
     WDB, stats, ADR, neutral,
     all parties.

1